# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION

ORDER TRANSFERRING CASES

Case No. 3:24-md-3125-JO-VET

The United States Judicial Panel on Multidistrict Litigation ("MDL") has assigned this Court to preside over consolidated pretrial proceedings pursuant to Title 28 U.S.C. § 1407 in this case. As of the date of this order there are four other cases that are assigned to other district judges within this district that are related to the pending MDL proceedings assigned to this Court. Having obtained the consent of those district judges assigned to those four other related cases, the Court directs the Clerk to reassign the cases listed below to the undersigned district judge and to Magistrate Judge Valerie E. Torres.[1]

1. 3:24-cv-01383-AGS-KSC    Koester v. Angiodynamics, Inc. et al
2. 3:24-cv-01521-GPC-JLB    Hyder v. Angiodynamics, Inc. et al
3. 3:24-cv-01675-W-MSB      Seim v. Angiodynamics, Inc. et al
4. 3:24-cv-01816-W-BLM      Hicks v. Angiodynamics, Inc. et al

IT IS SO ORDERED.

DATED: 10/14/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

---

[1] A district judge has broad discretion to transfer a case to another district judge. *Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (internal quotation marks omitted); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (internal quotation marks and citation omitted).